

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00301-CV

IN THE INTEREST OF C.M.L., A
CHILD

-----------

FROM THE 324TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant P.D.L. filed a notice of appeal from the trial court's May 30, 2013 order granting a plea in abatement. On August 28, 2013, we notified P.D.L. of our concern that we lack jurisdiction over this appeal because the order granting the plea is neither a final judgment nor an appealable interlocutory order. *See Harper v. Welchem, Inc.*, 799 S.W.2d 492, 496 (Tex. App.—Houston [14th Dist.] 1990, no writ). We informed P.D.L. that the appeal would be dismissed for want of jurisdiction unless he or any party desiring to continue the appeal filed a

---

[1]*See* Tex. R. App. P. 47.4.

response showing grounds for continuing the appeal. P.D.L. filed a response, but it does not show grounds for continuing the appeal. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DELIVERED: November 14, 2013